

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2023 FEB 14  P 2: 50

CAROL L. MICHEL
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**BILL OF INFORMATION FOR WIRE FRAUD**

# FELONY
# 23-00030
## SECT. G MAG. 4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| v. | * | SECTION: |
| JAMES THOMAS SINYARD, JR.<br>a/k/a Jay Sinyard | * | VIOLATIONS: 18 U.S.C. § 1343<br>18 U.S.C. § 2 |
| | * | |
| MARY GIGI SINYARD<br>a/k/a Gigi Sinyard | * | |

\* \* \*

The United States Attorney charges that:

## COUNT 1

### A. AT ALL TIMES MATERIAL HEREIN:

1. The defendants, **JAMES SINYARD** and **MARY SINYARD**, residents of Brandon, Mississippi, owned VetAttend of Jackson LLC, a Mississippi corporation. VetAttend of Jackson maintained a bank account at Regions Bank, and the **SINYARD**s were authorized signatories on the account. **JAMES SINYARD** and **MARY SINYARD** also had a personal account at Regions Bank, for which the **SINYARD**s were the only authorized signatories.

Fee_____
Process_____
X Dktd_____
___CtRmDep_____
___Doc.No._____

2.      Individuals 1 and 2 co-owned VetAttend Professional Services, LLC.  They resided in or around Mandeville, Louisiana, which is in the Eastern District of Louisiana.

3.      The United States Department of Veterans Affairs is a department of the federal government charged with providing life-long benefits and services to eligible military veterans and their families.

4.      A Veterans Affairs (VA) Pension is a benefit for low-income veterans with ninety or more days of creditable military service.  VA Pension provides a monthly subsidy to qualifying veterans to make up the difference between a veteran's verified income and a predetermined annual income limit for assistance.

5.      Enhanced or Special Monthly Pension with Aid and Attendance is a monetary benefit, in addition to VA Pension, that helps eligible veterans and their surviving spouses (or just the spouse in the case of the veteran's death) to pay for the assistance they need in everyday functioning (eating, bathing, dressing, and medication management).  Veterans or their surviving spouses must be at least 65 or officially disabled if younger (i.e., homebound).  Countable income for veterans and their spouses must be less than the pension amount for which they are eligible; VA allows veterans and their spouses to deduct all of their unreimbursed medical-related expenses that are greater than 5% of the Maximum Annual Pension Rate.  These medical related expenses include the cost of care in skilled nursing and assisted living either in day centers or in the home.

6.      VA Pensions, to include the enhancement described above if applicable, are paid to the veteran beneficiary or their surviving spouse monthly via check or direct deposit.  These payments are not to be paid directly to caregivers or service providers in accordance with Title 38 U.S.C. § 5301 (Nonassignability and exempt status of benefits).

7.      VA will pay retroactive pension benefits to a veteran or surviving spouse if they can prove their expenses on medical care up to a year prior to the month for which they will have first received their pension benefit.

8.      VetAttend of Jackson provided non-medical/unskilled home care services to veterans and widows of veterans through a VA benefit called "Aid and Attendance," as described above.   VetAttend of Jackson located potential veteran or widow clients, completed the VA applications for these potential clients, gathered the needed identification documentation from them (e.g., DD-214's, marriage licenses, banking documents, etc.), and submitted this application packet to the VA via either fax or mail.

9.      Applications received by the VA for pensions are typically filled out by the actual veteran and include an affidavit from the veteran to attest to home services the veteran currently is receiving as well as an affidavit from the individual providing the home services.

**B.      THE SCHEME AND ARTIFICE TO DEFRAUD:**

1.      It was part of the scheme and artifice to defraud that beginning in or about April 2013 and continuing until at least December 2020, in the Eastern District of Louisiana and elsewhere, the defendants, **JAMES SINYARD** and **MARY SINYARD**, did knowingly devise and intend to devise a scheme and artifice to defraud the United States Department of Veterans Affairs and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by submitting false affidavits and applications to Veterans Affairs on behalf of veterans and their spouses claiming that they had provided home services to the veterans, when in fact, they had not.

3

C.     **MANNER AND MEANS:**

1.     It was further part of the scheme and artifice to defraud that as a result of these fictitious affidavits and applications, from approximately August 2014 to approximately December 2020, the VA issued funds to over 70 veterans and/or their surviving spouses from whom **JAMES SINYARD** and **MARY SINYARD** fraudulently appropriated, without the knowledge of the veterans, approximately $2,136,329.68.

2.     It was further a part of the scheme and artifice to defraud that the **SINYARD**s communicated with Individuals 1 and 2 via fax, electronic mail, text message, messaging application, and telephone regarding the false affidavits.

3.     The **SINYARD**s, through VetAttend of Jackson, paid Individuals 1 and 2 through VetAttend Professional Services, LLC in Mandeville, Louisiana, approximately $140,000 in fees for providing application submission services to VetAttend of Jackson.

D.     **THE EXECUTION:**

Beginning in or around April 2013, and continuing through December 2020, in the Eastern District of Louisiana and elsewhere, the defendants, **JAMES SINYARD** and **MARY SINYARD**, and others, aiding and abetting each other, did knowingly and willfully execute a scheme and artifice to defraud the Department of Veterans Affairs.

On or about the date set forth below, within the Eastern District of Louisiana and elsewhere, the defendants, **JAMES SINYARD** and **MARY SINYARD,** for the purpose of executing and attempting to execute the fraudulent scheme described above, did transmit and cause to be transmitted, by means of wire communications in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, as more particularly described below:

| Date | Description of Wire Communication |
|---|---|
| 7/27/18 | A fax between Louisiana and Wisconsin involving a VA Pension application for J.E. submitted to the VA |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## NOTICE OF FORFEITURE

1.      The allegations of Count 1 of this Bill of Information are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.      As a result of the offenses alleged in Count 1, the defendants, **JAMES SINYARD** and **MARY SINYARD**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, involved in said offenses, and any property traceable to such property.

3.      If any of the above-described property, as a result of any act or omission of the defendants:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third person;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

KATHRYN MCHUGH
Assistant United States Attorney

New Orleans, Louisiana
February 14, 2023

No. _____

# United States District Court

## FOR THE

EASTERN _____ DISTRICT OF _____ LOUISIANA

UNITED STATES OF AMERICA

vs.

JAMES THOMAS SINYARD, JR.
a/k/a Jay Sinyard
MARY GIGI SINYARD
a/k/a Gigi Sinyard

## BILL OF INFORMATION FOR WIRE FRAUD

Violation(s):

18 U.S.C. §§ 1343 & 2

Filed _____, 20 __23__

_____, Clerk.

By _____

_____, Deputy

_____
*Assistant United States Attorney*
KATHRYN M. MCHUGH